# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMAD SOHAIL SALEEM, | Civil No. 3:17-cv-1122 |
| Petitioner | (Judge Mariani) |
| v. | |
| MARK GARMAN, et al., | |
| Respondents | |

## ORDER

**AND NOW**, this 7th day of January, 2019, upon consideration of Petitioner's motion (Doc. 29) for appointment of counsel, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 29) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge