IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMAD SOHAIL SALEEM, | : | Civil No. 3:17-cv-1122 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| MARK GARMAN, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 11th day of December, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1) and amendment thereto (Doc. 17), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and amendment (Docs. 1, 17) are **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge