# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMAD SOHAIL SALEEM, | Civil No. 3:17-cv-1122 |
| Petitioner | (Judge Mariani) |
| v. | |
| MARK GARMAN, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this 8th day of September, 2020, upon consideration of the August 20, 2020 Order of the United States Court of Appeals for the Third Circuit (*see* Doc. 49, *Saleem v. Superintendent Rockview SCI, et al.*, No. 20-1031 (3d Cir.)), denying Saleem's application for a certificate of appealability and finding that jurists of reason would not debate this Court's denial of the habeas petition, **IT IS HEREBY ORDERED THAT** Saleem's pending motions (Docs. 43, 46) are **DISMISSED**.

Robert D. Mariani
United States District Judge